UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| WILLIAM FRANCIS ELLWOOD, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>INFINITY HOME LENDING, LLC, a Michigan company,<br><br>        Defendant. | No. 2:21-cv-11588<br><br>Hon. Steven J. Murphy III |

## NOTICE OF SETTLEMENT

Plaintiff Ellwood hereby notifies the Court that the parties may have reached an agreement in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, Plaintiff respectfully requests that all current deadlines be suspended pending the filing of the Notice of Dismissal.

Dated: January 18, 2022      Respectfully Submitted,

/s/ Avi R. Kaufman
Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

Stefan Coleman
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN P.A.

1

        201 S. Biscayne Blvd, 28th Floor
        Miami, FL 33131
        Telephone: (877) 333-9427
        Facsimile: (888) 498-8946

*Attorneys for Plaintiff and the putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 18, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

        */s/ Avi R. Kaufman*